THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANDREW NASH, Defendant-Appellant.

(No. 74-254;

Third District—April 16, 1975.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Martin Rudman, State's Attorney, of Joliet, for the People.